Matthew C. Briggs (SBN 310449)
THE LAW OFFICE OF TED A. GREENE, INC.
1912 F Street, Ste. 110
Sacramento, CA 95811
Telephone: (916) 442-6400
Facsimile: (916) 266-9285
Email: mbriggs@tedgreenelaw.com

Attorneys for PLAINTIFF
ADRIENNE BRIDGES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| ADRIENNE BRIDGES, | CASE NO.:  2:20-cv-02207-KJM-JDP |
|---|---|
| PLAINTIFF, | |
| vs. | STIPULATION TO ALLOW PLAINTIFF LEAVE OF COURT AND FOR ORDER AUTHORIZING PLAINTIFF LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT AND ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATIONS, and DOES 1-20, inclusive. | |
| DEFENDANTS. | |

Plaintiff ADRIENNE BRIDGES, by and through her attorney of record, Matthew C. Briggs of Law Office of Ted A. Greene, Inc., and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATIONS, by and through its attorney of record William McMahon of the California Department of Justice, Office of the Attorney General hereby stipulate, subject to approval by the Court, as follows:

Pursuant to FRCP Rule 15(a)(2), a party may amend its pleading with the written consent of the opposing party and that the court should grant leave when justice so requires.  Plaintiff and Defendant having met and conferred have agreed to grant Plaintiff the right to file an amended complaint and stipulate to grant Plaintiff leave of court to file her first amended complaint.

Defendant has not reviewed the proposed First Amended Complaint and Defendant reserves its right to file any responsive pleading. Following the approval of this stipulation and order of the Court pursuant to the signatures below, Plaintiff will file her first amended complaint within ten (10) calendar days of the Court's order.

Date: July 5, 2022         /s/ Matthew C. Briggs
                           Matthew C. Briggs, Attorney for
                           Plaintiff Adrienne Bridges

Date: Tuesday, July 5, 2022         /s/ William McMahon
                                    William McMahon, Attorney for
                                    Defendant California Department of Corrections and
                                    Rehabilitations

**Order**

The Court grants Plaintiff leave of Court to file her First Amended Complaint against the Defendants. Plaintiff shall file her First Amended Complaint within ten (10) calendar days of the date of this order and effect service of the summons and complaint within times prescribed by the Court or statute.

DATED:  July 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE